JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DONALD MENDONCA, an individual, | Case No. 2:17-CV-07413-AB- FFM |
|---|---|
| Plaintiff, | |
| v. | **[PROPOSED] ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)** |
| FORD MOTOR COMPANY, a corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | Judge: Hon. Andre Birotte, Jr<br>Ctrm: 7B |
| | Complaint Filed: October 10, 2017<br>Trial Date: None Set |

On August 21, 2018, Plaintiff DONALD MENDONCA along with Defendant FORD MOTOR COMPANY, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: __September 06, 2018

ANDRE BIROTTE JR.
United States District Court Judge
Central District of California